1 | McGREGOR W. SCOTT
  | United States Attorney
2 | ELLEN V. ENDRIZZI
  | Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
  | Sacramento, California 95814
4 | Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR. S. 05-290 WBS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO RESET JUDGMENT AND SENTENCING; [PROPOSED] ORDER** |
| v. | ) | |
| ARON GARCIA, | ) | |
| Defendants. | ) | |

The parties, by and through their undersigned counsel, and with the consent of the Probation Officer, hereby stipulate and agree that the current date for Judgment and Sentencing, September 27, 2006, be vacated and reset. The new date for Judgment and Sentencing should be set as October 18, 2006 at 9:00 a.m. The parties have confirmed with the Court's Deputy that these dates are available.

The parties seek this extension because they were unable to complete the "safety valve" debriefing due to an administrative snag in which the defendant was not transported from Sacramento County Jail. Despite diligent efforts of the parties, they were not able to coordinate the schedules of the lawyers, agents, and

1

interpreter in order to have a debriefing before September 27.

DATED: September 22, 2006

                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

                      By:  /s/ Ellen V. Endrizzi
                          ELLEN V. ENDRIZZI
                          Assistant U.S. Attorney


                                  LAW OFFICES OF KATHRYN K. DRULINER

                    By:  /s/ Kathryn K. Druliner
                          KATHRYN K. DRULINER

                          Attorney for Defendant Garcia
                          Telephonic authority for signature

## **O R D E R**

IT IS HEREBY ORDERED, for good cause shown, that the previous date for Judgment and Sentencing is vacated, and the new date for Judgment and Sentencing is October 18, 2006, at 9:00 a.m.

DATED: September 22, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2