1  McGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2716

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  NO. CR. S. 05-290 WBS
                                )
12          Plaintiff,           )  **STIPULATION TO RESET JUDGMENT**
                                )  **AND SENTENCING; [PROPOSED]**
13     v.                        )  **ORDER**
                                )
14 ARON GARCIA,                  )
                                )
15          Defendants.          )
                                )
16

17     The parties, by and through their undersigned counsel, and
18 with the consent of the Probation Officer, hereby stipulate and
19 agree that the current date for Judgment and Sentencing,
20 September 27, 2006, be vacated and reset.  The new date for
21 Judgment and Sentencing should be set as October 18, 2006 at 9:00
22 a.m.  The parties have confirmed with the Court's Deputy that
23 these dates are available.
24     The parties seek this extension because they were unable to
25 complete the "safety valve" debriefing due to an administrative
26 snag in which the defendant was not transported from Sacramento
27 County Jail.  Despite diligent efforts of the parties, they were
28 not able to coordinate the schedules of the lawyers, agents, and

                                1

interpreter in order to have a debriefing before September 27.

DATED:  September 22, 2006

                                              Respectfully submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney

                           By:  /s/ Ellen V. Endrizzi
                                ELLEN V. ENDRIZZI
                                Assistant U.S. Attorney

                                LAW OFFICES OF KATHRYN K. DRULINER

                         By:  /s/ Kathryn K. Druliner
                                KATHRYN K. DRULINER

                                Attorney for Defendant Garcia
                                Telephonic authority for signature

**O R D E R**

IT IS HEREBY ORDERED, for good cause shown, that the previous date for Judgment and Sentencing is vacated, and the new date for Judgment and Sentencing is October 18, 2006, at 9:00 a.m.

DATED: September 22, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2